Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 JAN -8 PM 2: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDV_ DEPUTY

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT #6679; MIRA MESA MARKETPLACE WEST, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | SUMMONS IN A CIVIL ACTION<br>Case No.<br><br>'08 CV 0046 JM JMA |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David C. Wakefield, Esq.
Michelle L. Wakefield, Esq.,
PINNOCK & WAKEFIELD, A.P.C.
3033 5th Ave, 410, San Diego, California 92103
Telephone: (619) 858-3671; Facsimile: (619) 858-3646

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

P. DELA CRUZ

By Deputy Clerk

JAN - 8 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5,1999(11:34am)