Timothy G. McNulty, Esq. (# 159227)
**MILBERG & DE PHILLIPS, P.C.**
2163 Newcastle Avenue, Ste. 200
Cardiff by the Sea, CA 92007
Telephone: (760) 943-7103
Facsimile: (760) 943-6750
Email: tmcnulty@surflaw.net

Attorneys for Defendant,
MIRA MESA MARKETPLACE WEST, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT #6679; MIRA MESA MARKETPLACE WEST, LLC.; AND DOES 1 THROUGH 10, Inclusive,<br><br>          Defendants. | Case No.:  08 CV 0046 JM JMA<br><br>**DEFENDANT MIRA MESA MARKETPLACE WEST, LLC.'s REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS SUPPLEMENTAL STATE LAW CLAIMS**<br><br>[FRCP §§ 12(b)(1); 28 U.S.C. 1367(c)]<br><br>Complaint Filed: January 8, 2008<br><br>Judge: Hon. Jeffery Miller<br><br>Courtroom: 16<br><br>Date:        March 21, 2008<br><br>Time:        1:30 pm.<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY COURT |

Defendant MIRA MESA MARKETPLACE WEST, LLC. requests the Court to take judicial notice of the items set forth below in support of Defendant's Motion to Dismiss Supplemental State Law Claims:

1

**REQUEST FOR JUDICIAL NOTICE No. 1**

EXHIBIT "A"  Order Granting Motion to Dismiss the Supplemental State Claims, *Cross v. Pacific Coast Plaza Investments, L.P.*, No. 06 CV 2543 JM (RBB), 2007 WL 951772, *3 (S.D. Cal. Mar. 6, 2007)

EXHIBIT "B"  Order Declining Supplemental Jurisdiction Over Plaintiff's State Law Claims, *Kohler v. Mira Mesa Marketplace West, LLC.*, NO. 06 CV 2399, WQH (POR), (S.D. Cal. June 4, 2007)

EXHIBIT "C"  Order Declining Supplemental Jurisdiction Over Plaintiff's State Law Claims, *Ronald Wilson v. PFS, LLC dba McDonald's #23315*, No. 06 CV 1046 WQH (NLS) (S.D. Cal. May 31, 2007.)

EXHIBIT "D"  Order Granting Motion to Dismiss the Supplemental State Claims, *Morgan v. American Stores Company* LLC 2007 Lexis 47776 (S.D. Cal. June 29, 2007.)

**REQUEST FOR JUDICIAL NOTICE No. 2**

Defendant also requests that this court take Judicial Notice that on January 8, 2008 Plaintiffs OUTERBRIDGE ACCESS ASSOCIATION and DIANE CROSS filed an identical complaint against MIRA MESA MARKET PLACE EAST, LLC. and other defendants in Case No. 08 CV 0045 BTM CAB, entitled *Outerbridge Access Association, Diane Cross v. Ross Dress for Less, Inc., Manna Development Group, LLC; Mira Mesa Marketplace East, LLC.*, to which Defendant Mira Mesa Marketplace has filed the same Motion to Dismiss Supplemental State law claims scheduled to be heard on April 11, 2008 before Judge Barry T. Moskowitz.

Dated: February 12, 2008        MILBERG & DE PHILLIPS

By: */s/ Timothy G McNulty*
_____
Timothy G. McNulty
Attorneys for Defendant, MIRA MESA MARKETPLACE WEST, LLC
Email: tmcnulty@surflaw.net