UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., etc.; et al., <br><br> Defendants. | Case No. 08-CV-0046-JM (JMA) <br><br> **NOTICE AND ORDER FOR TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |

**IT IS HEREBY ORDERED** that Magistrate Judge Adler will conduct a telephonic Early Neutral Evaluation Conference on **March 28, 2008** at **9:30 a.m.** Counsel only for the parties shall appear telephonically for the conference, and the Court will initiate the conference call.

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-5585.

**IT IS SO ORDERED.**

DATED: February 13, 2008

Jan M. Adler
U.S. Magistrate Judge

08cv0046