UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., etc.; et al.,<br><br>           Defendants. | Case No. 08-CV-0046-JM (JMA)<br><br>**ORDER RE-SETTING TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |

 Due to a change in the Court's calendar, the telephonic Early Neutral Evaluation Conference previously scheduled to be held on March 28, 2008 at 9:30 a.m. is hereby VACATED. Instead, Magistrate Judge Adler will conduct a telephonic Early Neutral Evaluation Conference on **April 1, 2008** at **9:30 a.m.** Counsel only for the parties shall appear telephonically for the conference, and the Court will initiate the conference call.

 **IT IS SO ORDERED.**

DATED: February 15, 2008

                                   Jan M. Adler
                                   U.S. Magistrate Judge