1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  ALANA R. CHO (SBN 254730)
   3161 Michelson Drive, Suite 1000
3  Irvine, California 92612
   Telephone: (949) 732-6500
4  Facsimile: (949) 732-6501
   Email:  hurleyg@gtlaw.com; choa@gtlaw.com
5
   Attorneys for Defendant
6  HOME DEPOT U.S.A., INC.

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  OUTERBRIDGE ACCESS                    CASE NO.  08CV 0046 JM JMA
    ASSOCIATION, SUING ON BEHALF OF
12  DIANE CROSS; and DIANE CROSS, an
    individual,
13                                        **NOTICE OF JOINDER AND JOINDER IN**
              Plaintiffs,                 **DEFENDANT MIRA MESA**
14                                        **MARKETPLACE WEST, LLC'S MOTION**
    vs.                                   **FOR: THE COURT TO DECLINE**
15                                        **SUPPLEMENTAL JURISDICTION OVER**
    HOME DEPOT U.S.A., INC. dba THE       **AND TO DISMISS PLAINTIFFS' STATE**
16  HOME DEPOT #6679; MIRA MESA           **LAW CLAIMS [28 U.S.C. § 1367(c)]**
    MARKETPLACE WEST, LLC; and DOES
17  1 through 10, inclusive,              DATE:      **March 21, 2008**
                                          TIME:      **1:30 p.m.**
18            Defendants.                 CTRM:      **16**

19
                                          Complaint Filed: 1/25/08
20                                        Trial Date: None Set

21

22

23

24

25

26

27

28

        NOTICE OF JOINDER BY DEFENDANT HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT #6679
                             Case No. 08 CV 0046 JM JMA

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 21, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 16 of the above-entitled Court, located at 940 Front Street, San Diego, California, 92102, Defendant Home Depot U.S.A., Inc. d.b.a. The Home Depot #6679 will, and hereby does, join in the motion of Defendant Mira Mesa Marketplace West, LLC for: the Court to decline supplemental jurisdiction over and dismiss Outerbridge Access Association's and Diane Cross's state law claims under the California Unruh Civil Rights Act and the California Disabled Persons Act, pursuant to 28 U.S.C. § 1367(c).

This joinder is based upon this notice, all papers submitted by Mira Mesa Marketplace West, LLC in support of their Motion to Dismiss Supplemental State Law Claims, all pleadings and documents on file herein, and upon such other and further oral and documentary evidence as may be presented at or before the hearing on this Motion.

DATED: February 22, 2008                  GREENBERG TRAURIG, LLP

By /s/Gregory F. Hurley
Gregory F. Hurley
Attorneys for Defendants HOME DEPOT U.S.A., INC.
d.b.a. THE HOME DEPOT #6679

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

  I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

  On February 22, 2008, I served the **NOTICE OF JOINDER AND JOINDER IN DEFENDANT MIRA MESA MARKETPLACE WEST, LLC'S MOTION FOR: THE COURT TO DECLINE SUPPLEMENTAL JURISDICTION OVER AND TO DISMISS PLAINTIFFS' STATE LAW CLAIMS [28 U.S.C. § 1367(c)]** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Pinnock & Wakefield, APC<br>Theodore A. Pinnock<br>David C. Wakefield<br>Michelle L. Wakefield<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>Email:<br>theodorepinnock@pinnockwakefieldlaw.com;<br>davidwakefield@pinnockwakefieldlaw.com;<br>michellewakefield@pinnockwakefieldlaw.com; | Counsel for Plaintiffs<br>OUTERBRIDGE ACCESS ASSOCIATION,<br>SUING ON BEHALF OF DIANE CROSS, and<br>Diane Cross, as an individual |
| Milberg and De Phillips, P.C.<br>2163 Newcastle Avenue, Suite 200<br>Cardiff, California, 92007<br>Timothy G. McNulty<br>E-mail: tmcnulty@surfnet.com | Counsel for Defendant<br>MIRA MESA MARKETPLACE WEST, LLC |

☒  **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
  In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒  **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

  Executed on February 22, 2008, at Irvine, California.

       s/Gregory F. Hurley
       GREGORY F. HURLEY