```
 1  PINNOCK & WAKEFIELD, A.P.C.
    Theodore A. Pinnock, Esq.    Bar #:  153434
 2  David C. Wakefield, Esq.     Bar #:  185736
    Michelle L. Wakefield, Esq.  Bar #:  200424
 3  3033 Fifth Avenue, Suite 410
    San Diego, CA  92103
 4  Telephone: (619) 858-3671
    Facsimile: (619) 858-3646
 5
    Attorneys for Plaintiffs
 6

 7

 8
                  UNITED STATES DISTRICT COURT
 9                SOUTHERN DISTRICT OF CALIFORNIA

10

11
    OUTERBRIDGE ACCESS ASSOCIATION,   Case No.: 08c0046 JM (JMA)
12  SUING ON BEHALF OF DIANE CROSS;
    and DIANE CROSS, An Individual,
13                                    NOTICE OF MOTION AND MOTION TO
                                      AMEND THE ORIGINAL COMPLAINT
14             Plaintiffs,

15      v.                            Date: April 18, 2008
                                      Time: 1:30 P.M.
16  HOME DEPOT U.S.A., INC. d.b.a.    Judge: Honorable Jeffrey Miller
    THE HOME DEPOT #6679; MIRA MESA   Courtroom: 16
17  MARKETPLACE WEST, LLC; AND DOES 1
    THROUGH 10, Inclusive,
18
19             Defendants.

20

21

22

23  ///
24  ///
25  ///
26  ///
27  ///
28
                                1
                   Notice Of Motion And Motion To Amend
                       Case Number: 08cv0046 JM (JMA)
```

**TO: DEFENDANTS AND THEIR ATTORNIES OF RECORD**

    **PLEASE TAKE NOTICE** that on April 18, 2008, at 1:30 P.M., in the Courtroom of Judge Miller of the above reference Court located at 940 Front Street, Courtroom 16, San Diego, California, 92101, the Plaintiffs will make a Motion To Amend The Original Complaint and request leave of court to file a First Amended Complaint. This motion will be based on this Notice Of Motion, Plaintiffs Points And Authorities In Support Of Motion To Amend, and the Declaration of Michelle L. Wakefield In Support Of Plaintiffs' Motion To Amend.

Respectfully submitted:

                                          **PINNOCK & WAKEFIELD, A.P.C.**

Dated: March 5, 2008

                          By:  <u>s/ Michelle L. Wakefield</u>
                                  Attorney for Plaintiffs
                                  E-mail: MichelleWakefield@
                                  PinnockWakefieldLaw.com