**PINNOCK & WAKEFIELD, A.P.C.**
Theodore A. Pinnock, Esq.     Bar #: 153434
David C. Wakefield, Esq.      Bar #: 185736
Michelle L. Wakefield, Esq.   Bar #: 200424
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT #6679; MIRA MESA MARKETPLACE WEST, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 08cv0046 JM (JMA)<br><br><u>DECLARATION OF MICHELLE L. WAKEFIELD IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE ORIGINAL COMPLAINT</u><br><br>Date: April 18, 2008<br>Time: 1:30 P.M.<br>Judge: Honorable Jeffrey Miller<br>Courtroom: 16 |

I, Michelle L. Wakefield, Do Declare:

1.  I am an attorney licensed to practice before all courts in the state of California and before the United States District Court For The Southern District Of California. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called upon as a witness.

1  2.  Attached as Exhibit A to this declaration, is Plaintiffs'
2  proposed First Amended Complaint.
3      I declare under the penalty of perjury pursuant to the laws
4  of the State Of California and the United States Of America that
5  the foregoing is true and correct.

7      Executed this 5th day of March, 2008, at San Diego,
8  California.

10                          s/ Michelle L. Wakefield
                            Attorney for Plaintiffs
11                          E-mail: MichelleWakefield@
                            PinnockWakefieldLaw.com

-2-

Declaration of Michelle L. Wakefield
Case Number **08cv0046 JM (JMA)**