**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.     Bar #: 200424
David C. Wakefield, Esq.        Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, <br><br> Plaintiffs, <br><br> v. <br><br> HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT #6679; MIRA MESA MARKETPLACE WEST, LLC; AND DOES 1 THROUGH 10, Inclusive, <br><br> Defendants. | Case No.: 08cv0046 JM (JMA) <br><br> PROOF OF SERVICE VIA ECF <br><br> [Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **NOTICE OF MOTION AND MOTION TO AMEND THE ORIGINAL COMPLAINT;**

1 | **PLAINTIFFS POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS'**
2 | **MOTION TO AMEND THE ORIGINAL COMPLAINT; DECLARATION OF MICHELLE**
3 | **L. WAKEFIELD IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE**
4 | **ORIGINAL COMPLAINT; and [PROPOSED] FIRST AMENDED COMPLAINT** on all
5 | Defendants in this action:

Gregory F. Hurley, Esq.
Alana R. Cho, Esq.
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
E-mail Address: hurleyg@gtlaw.com; choa@gtlaw.com
ATTORNEY FOR DEFENDANT HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT #6679

Timothy G. McNulty, Esq.
MILBERG & DE PHILLIPS, P.C.
2163 Newcastle Avenue, Suite 200
Cardiff by the Sea, California 90027
Telephone: (760) 943-7103
Facsimile: (760) 943-6750
E-mail Address: tmcnulty@surflaw.net
ATTORNEY FOR DEFENDANT MIRA MESA MARKETPLACE WEST, LLC

    __X__ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Southern Division of California, Case Management/Electronic Case Files, Filing System. I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

AND/OR BY:
    _____ placing _____ the original _____ a true copy thereof enclosed in sealed enveloped addressed as stated above.

_____ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

_____ **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on March 5, 2008, at San Diego, California.

_____
Angela Payne

3   Case Number: 08cv0046 JM (JMA)