1 | **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.    Bar #:    200424
2 | David C. Wakefield, Esq.    Bar #:    185736
3033 Fifth Avenue, Suite 410
3 | San Diego, CA   92103
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiffs

6 |

7 | UNITED STATES DISTRICT COURT

8 | SOUTHERN DISTRICT OF CALIFORNIA

9 |

10 | OUTERBRIDGE ACCESS ASSOCIATION,    Case No.:   08cv0046 JM (JMA)
SUING ON BEHALF OF DIANE CROSS;
11 | and DIANE CROSS, An Individual,

12 | Plaintiffs,    **PROOF OF SERVICE VIA ECF**

13 | v.

14 | [Fed.R.Civ.P. 6(e)]
HOME DEPOT U.S.A., INC. d.b.a.
15 | THE HOME DEPOT #6679; MIRA MESA
MARKETPLACE WEST, LLC; AND DOES
16 | 1 THROUGH 10, Inclusive,

17 |

18 | Defendants.

19 |

20 |

21 |

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO
22 |

23 |     I am employed in the County of San Diego, State of

24 | California.   I am over the age of 18 and not a party to the

25 | within action; my business address is 3033 Fifth Avenue, Suite

26 | 410, San Diego, California, 92103.

27 |     On this date, I served the following document(s) described

28 | as **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION**

1  **TO DEFENDANTS' MOTION TO DISMISS SUPPLEMENTAL STATE LAW CLAIMS** on

2  all Defendants in this action:

3  **Gregory F. Hurley, Esq.**
   **Alana R. Cho, Esq.**
4  **GREENBERG TRAURIG, LLP**
5  **3161 Michelson Drive, Suite 1000**
   **Irvine, California 92612**
6  **Telephone: (949) 732-6500**
   **Facsimile: (949) 732-6501**
7  **E-mail Address: hurleyg@gtlaw.com; choa@gtlaw.com**
8  **ATTORNEY FOR DEFENDANT HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT #6679**

9

10 **Timothy G. McNulty, Esq.**
   **MILBERG & DE PHILLIPS, P.C.**
11 **2163 Newcastle Avenue, Suite 200**
   **Cardiff by the Sea, California 90027**
12 **Telephone: (760) 943-7103**
   **Facsimile: (760)  943-6750**
13 **E-mail Address: tmcnulty@surflaw.net**
14 **ATTORNEY FOR DEFENDANT MIRA MESA MARKETPLACE WEST, LLC**

15

16 _____X_____  **BY ELECTRONIC SERVICE TRANSMISSION** via the United

17 States District Court, Southern Division of California, Case

18 Management/Electronic Case Files, Filing System.  I served a copy

19 of the above listed document(s) to the e-mail addresses of the

20 addressee(s) by use of email as identified and maintained

21 therein.

22

23 AND/OR BY:

24 _____ placing _____ the original _____ a true copy

25 thereof enclosed in sealed enveloped addressed as stated above.

26

27 _____ **BY MAIL:** I am readily familiar with the firm's

28 practice of collection and processing correspondence for mailing.

1  Under that practice, it would be deposited with the U.S. Postal

2  Service on the same day with postage thereon fully prepaid,

3  mailed at San Diego, California, in the ordinary course of

4  business.  I am aware that on motion of the party served, service

5  is presumed invalid if postal cancellation date or postage meter

6  date is more than one day after date of deposit for mailing in

7  affidavit.

8

9  _____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646

10 to the facsimile numbers listed above on the mailing list.  The

11 facsimile machine I used complied with Rule 6 (e), and no error

12 was reported by the machine.

13

14 _____ **STATE:** I declare under penalty of perjury, under the

15 laws of the State of California, that the foregoing is true and

16 correct.

17 ___X___ **FEDERAL:** I declare that I am employed in the office

18 of a member of the Bar of this Court, at whose direction this

19 service was made.

20

21    **EXECUTED** on March 5, 2008, at San Diego, California.

22

23

24                            _____

25                            Angela Payne

26

27

28