1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  ALANA R. CHO (SBN 254730)
3  3161 Michelson Drive, Suite 1000
   Irvine, California 92612
4  Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
5  Email: hurleyg@gtlaw.com; choa@gtlaw.com

6
   Attorneys for Defendant
7  HOME DEPOT U.S.A., INC.

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. dba THE HOME DEPOT #6679; MIRA MESA MARKETPLACE WEST, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 08CV 0046 JM JMA<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Alana R. Cho is counsel of record for Defendant Home Depot U.S.A., Inc. . dba THE HOME DEPOT #6679 in the herein action.

DATED: March 14, 2008        GREENBERG TRAURIG, LLP

By /s/Alana R. Cho
GREGORY F. HURLEY
ALANA R. CHO
Attorneys for Defendant
Home Depot U.S.A., Inc.
E-mail: choa@gtlaw.com

1

Notice of Appearance        Case No. 08 CV 0046 JM JMA
286235368v1 3/14/2008 072031.012700

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On March 14, 2008, I served the **NOTICE OF APPEARANCE** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Pinnock & Wakefield, APC<br>Theodore A. Pinnock<br>David C. Wakefield<br>Michelle L. Wakefield<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>Email:<br>theodorepinnock@pinnockwakefieldlaw.com;<br>davidwakefield@pinnockwakefieldlaw.com;<br>michellewakefield@pinnockwakefieldlaw.com; | Counsel for Plaintiffs<br>OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS, and Diane Cross, as an individual |
| Milberg and De Phillips, P.C.<br>2163 Newcastle Avenue, Suite 200<br>Cardiff, California, 92007<br>Timothy G. McNulty<br>E-mail: tmcnulty@surfnet.com | Counsel for Defendant<br>MIRA MESA MARKETPLACE WEST, LLC |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 14, 2008, at Irvine, California.

/s/Alana R. Cho
ALANA R. CHO