1  **PINNOCK & WAKEFIELD, A.P.C.**
   Michelle L. Wakefield, Esq.   Bar #: 200424
2  David C. Wakefield, Esq.      Bar #: 185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA 92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9

10 | OUTERBRIDGE ACCESS ASSOCIATION, | Case No.: 08cv0046 JM (JMA)
   | SUING ON BEHALF OF DIANE CROSS;
11 | and DIANE CROSS, An Individual,
                                    | PROOF OF SERVICE VIA ECF
12            Plaintiffs,

13     v.

14                                  | [Fed.R.Civ.P. 6(e)]
   HOME DEPOT U.S.A., INC. d.b.a.
15 THE HOME DEPOT #6679; MIRA MESA
   MARKETPLACE WEST, LLC; AND DOES
16 1 THROUGH 10, Inclusive,

17
              Defendants.
18

19

20

21
   **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**
22
       I am employed in the County of San Diego, State of
23
   California. I am over the age of 18 and not a party to the
24
   within action; my business address is 3033 Fifth Avenue, Suite
25
   410, San Diego, California, 92103.
26

27
       On this date, I served the following document(s) described
28
   as **FIRST AMENDED COMPLAINT** on all Defendants in this action:

                           1        Case Number: 08cv0046 JM (JMA)

| | |
|---|---|
| 1 | |
| 2 | Gregory F. Hurley, Esq. |
|   | Alana R. Cho, Esq. |
| 3 | GREENBERG TAURIG, LLP |
|   | 3161 Michelson Drive, Suite 1000 |
| 4 | Irvine, California 92612 |
|   | Telephone: (949) 732-6500 |
| 5 | Facsimile: (949) 732-6501 |
| 6 | E-mail Address: hurleyg@gtlaw.com; choa@gtlaw.com |
|   | ATTORNEY FOR DEFENDANT HOME DEPOT U.S.A., INC. d.b.a. THE HOME |
| 7 | DEPOT #6679 |
| 8 | |
|   | Timothy G. McNulty, Esq. |
| 9 | MILBERG & DE PHILLIPS, P.C. |
|   | 2163 Newcastle Avenue, Suite 200 |
| 10 | Cardiff by the Sea, California 90027 |
|   | Telephone: (760) 943-7103 |
| 11 | Facsimile: (760) 943-6750 |
| 12 | E-mail Address: tmcnulty@surflaw.net |
|   | ATTORNEY FOR DEFENDANT MIRA MESA MARKETPLACE WEST, LLC |

        __X__ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Southern Division of California, Case Management/Electronic Case Files, Filing System. I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

AND/OR BY:

        _____ placing _____ the original _____ a true copy thereof enclosed in sealed enveloped addressed as stated above.

        _____ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal

Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

_____ **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on March 28, 2008, at San Diego, California.

_____
Angela Payne