UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., etc.; et al., <br><br> Defendants. | Case No. 08-CV-0046-JM (JMA) <br><br> **ORDER RE CONFERENCES** |

   On April 1, 2008, the Court conducted a telephonic Early Neutral Evaluation Conference in the above-captioned matter. Counsel for the parties appeared telephonically for the conference. Magistrate Judge Adler will conduct a telephonic Case Management Conference on **June 4, 2008** at **9:30 a.m.** Counsel for the parties shall appear telephonically for the conference, and the Court will initiate the conference call.

   **IT IS SO ORDERED.**

DATED: April 1, 2008

                                       /s/ Jan M. Adler
                                       Jan M. Adler
                                       U.S. Magistrate Judge

08cv0046