**Outerbridge Access et. al.  v. Home Depot USA, Mira Mesa MarketPlace West, LLC, et al.**
**US District Court, Southern District of California Case No. 08CV0046J M JMA**

## *PROOF OF SERVICE*

I, Timothy G. McNulty, hereby declare that I am over the age of eighteen years and not a party to this action.  I am employed, or am a resident of, the County of San Diego, California and my business address is: Milberg & De Phillips, P.C., 2163 Newcastle Avenue, Ste 200, Cardiff, California, 92007.

On May 15, 2008, I caused to be served the following documents(s):

1. AMENDED ANSWER OF DEFENDANT MIRA MESA MARKETPLACE WEST, LLC. TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND CROSSCLAIM AGAINST HOME DEPOT U.S.A.

| | |
|---|---|
| Pinnock & Wakefield, APC<br>Theodore A. Pinnock<br>David C. Wakefield<br>3033 Fifth Ave. Ste. 410<br>San Diego, CA 92103<br>Email:<br>theodorepinnock@pinnockwakefieldlaw.com<br>davidwakefield@pinnockwakefieldlaw.com<br>Attorneys for Plaintiffs Outerbridge Access Association and Diane Cross | Gregory F. Hurley, Esq.<br>Alana R. Cho, Esq.<br>Greenberg Traurig<br>3161 Michelson Drive, Suite 1000<br>Irvine, CA 92612<br>Email: hurleyg@gtlaw.com;<br>Choa@gtlaw.com<br><br>Attorney for Defendant Home Depot USA |

__/__   (By **ELECTRONIC MAIL SERVICE VIA CM/ECF SYSTEM** )
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF.

__/___   (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed May 15, 2008, at Cardiff, California

By:  */s/ Timothy G. McNulty*
_____
Timothy G. McNulty

-1-