GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
ALANA R. CHO (SBN 254730)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: hurleyg@gtlaw.com; choa@gtlaw.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.
dba THE HOME DEPOT # 6679

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. dba THE HOME DEPOT # 6679; MIRA MESA MARKETPLACE WEST, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  08CV 0046 JM JMA<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT** |

---

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT
Case No. 08 CV 0046 JM JMA

286,275,242v2  072031.012700

THE PARTIES BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD HEREBY STIPULATE AS FOLLOWS:

Defendant HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT # 6679 ("HOME DEPOT") requested an extension of time to respond to Defendant and Cross-Complainant Mira Mesa Marketplace West, LLC's ("MIRA MESA") Cross-Complaint until August 11, 2008, which is seven (7) days after the Settlement Conference in the instant action, currently scheduled for August 4, 2008. Counsel for MIRA MESA graciously agreed to the requested extension of time. Based upon the foregoing, the parties hereby stipulate and agree that HOME DEPOT's response to the Cross-Complaint is now due on or before August 11, 2008.

DATED: June 30, 2008        GREENBERG TRAURIG, LLP

By _____
ALANA R. CHO
Attorneys for Defendant HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT # 6679

DATED: July 1, 2008        MILBERG & DE PHILLIPS, P.C.

By _____
TIMOTHY G. MCNULTY
Attorneys for Defendant and Cross-Complainant
MIRA MESA MARKETPLACE WEST, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On July 1, 2008, I served the **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Theodore A. Pinnock<br>David C. Wakefield<br>Michelle L. Wakefield<br>Pinnock & Wakefield, APC<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>Email: theodorepinnock@pinnockwakefieldlaw.com;<br>davidwakefield@pinnockwakefieldlaw.com;<br>michellewakefield@pinnockwakefieldlaw.com | Counsel for Plaintiffs<br>OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS, and Diane Cross, as an individual |
| Timothy G. McNulty<br>Milberg and De Phillips, P.C.<br>2163 Newcastle Avenue, Suite 200<br>Cardiff, California, 92007<br>E-mail: tmcnulty@surflaw.net | Counsel for Defendant and Cross-Complainant<br>MIRA MESA MARKETPLACE WEST, LLC |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 1, 2008, at Irvine, California.

/s/Alana R. Cho
ALANA R. CHO

---

PROOF OF SERVICE

Case No. 08 CV 0046 JM JMA

286,275,242v2  072031.012700