1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. dba THE HOME DEPOT # 6679; MIRA MESA MARKETPLACE WEST, LLC; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.  08CV 0046 JM JMA<br><br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT** |

11

12

13

14

15

16

17

18

19      Pursuant to a stipulation between Defendant HOME DEPOT U.S.A., INC. d.b.a. THE HOME

20  DEPOT # 6679 ("HOME DEPOT") and Defendant and Cross-Complainant Mira Mesa Marketplace

21  West, LLC ("MIRA MESA"), the time in which HOME DEPOT is required to file its answer to Mira

22  Mesa's Cross-Complaint is hereby extended until August 11, 2008.

23      IT IS SO ORDERED.

24  Dated: July 1, 2008

25  _____
    United States District Court Judge

26

27

28

1

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT
                                                    Case No. 08 CV 0046 JM JMA

*286,275,245v2  072031.012700*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

Case No. 08 CV 0046 JM JMA

*286,275,245v2  072031.012700*