1  GREENBERG TRAURIG, LLP
2  GREGORY F. HURLEY (SBN 126791)
   MICHAEL J. CHILLEEN (SBN 210704)
3  ALANA R. CHO (SBN 254730)
   3161 Michelson Drive, Suite 1000
4  Irvine, California 92612
   Telephone: (949) 732-6500
5  Facsimile: (949) 732-6501
6  Email: hurleyg@gtlaw.com;
   chilleenm@gtlaw.com; choa@gtlaw.com
7
   Attorneys for Defendant
8  HOME DEPOT U.S.A., INC.

9  **UNITED STATES DISTRICT COURT**

10  **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  OUTERBRIDGE ACCESS              CASE NO.  08CV 0046 JM JMA
    ASSOCIATION, SUING ON
13  BEHALF OF DIANE CROSS; and
14  DIANE CROSS, an individual,     **NOTICE OF APPEARANCE**

15          Plaintiffs,

16  vs.

17
    HOME DEPOT U.S.A., INC. dba
18  THE HOME DEPOT #6679; MIRA
    MESA MARKETPLACE WEST,
19  LLC; and DOES 1 through 10,
    inclusive,
20
21          Defendants.

22
23
24
25
26
27
28

Notice of Appearance                          Case No. 08 CV 0046 JM JMA
OC 286,283,645v1 7-23-08

1  PLEASE TAKE NOTICE that Michael J. Chilleen is counsel of record for
2  Defendant Home Depot U.S.A., Inc. . dba THE HOME DEPOT #6679 in the herein
3  action.
4
5  DATED: July 23, 2008          GREENBERG TRAURIG, LLP
6
7                                By /s/Michael J. Chilleen
8                                GREGORY F. HURLEY
   MICHAEL J. CHILLEEN
9  ALANA R. CHO
   Attorneys for Defendant
10 Home Depot U.S.A., Inc.
   E-mail: choa@gtlaw.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

Notice of Appearance                                   Case No. 08 CV 0046 JM JMA
OC 286,283,645v1 7-23-08

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On July 23, 2008, I served the **NOTICE OF APPEARANCE** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Pinnock & Wakefield, APC<br>Theodore A. Pinnock<br>David C. Wakefield<br>Michelle L. Wakefield<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>Email:<br>theodorepinnock@pinnockwakefieldlaw.com;<br>davidwakefield@pinnockwakefieldlaw.com;<br>michellewakefield@pinnockwakefieldlaw.com; | Counsel for Plaintiffs<br>OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS, and Diane Cross, as an individual |
| Milberg and De Phillips, P.C.<br>2163 Newcastle Avenue, Suite 200<br>Cardiff, California, 92007<br>Timothy G. McNulty<br>E-mail: tmcnulty@surfnet.com | Counsel for Defendant<br>MIRA MESA MARKETPLACE WEST, LLC |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 23, 2008, at Irvine, California.

/s/Michael J. Chilleen
MICHAEL J. CHILLEEN