|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA |
| 10 | |

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., etc.; et al., | Case No. 08-CV-0046-JM (JMA) <br><br> **ORDER FOLLOWING SETTLEMENT CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

   On August 4, 2008 at 10:00 a.m., the Court convened a Settlement Conference in the above entitled action.

   Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

   1.   The Rule 26(f) conference shall be completed by <u>August 27, 2008</u>;

   2.   All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by <u>September 10, 2008</u>;

   3.   A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before <u>September 10, 2008</u> (the parties should consult Rule 26(f) for the substance of the

discovery plan);[1] and,

    4.   Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a telephonic Case Management Conference shall be held on **September 17, 2008** at **9:30 a.m.** before Magistrate Judge Adler. All counsel and unrepresented parties shall appear telephonically at this conference. The Court will initiate the conference call.

    Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: August 4, 2008

                                        Jan M. Adler
                                        U.S. Magistrate Judge

---

[1] The proposed joint discovery plan may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.