1 | **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
2 | David C. Wakefield, Esq.   Bar #: 185736
7851 Mission Center Court, Suite 310
3 | San Diego, CA 92108
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiffs

6

7 | UNITED STATES DISTRICT COURT

8 | SOUTHERN DISTRICT OF CALIFORNIA

9

10 | OUTERBRIDGE ACCESS ASSOCIATION,   Case No.: 08cv0046 JM (JMA)
SUING ON BEHALF OF DIANE CROSS;
11 | and DIANE CROSS, An Individual,
12 |                                   PROOF OF SERVICE VIA FACSIMILE
                Plaintiffs,           AND ECF
13
14 |       v.
15 | HOME DEPOT U.S.A., INC. d.b.a. THE   [Fed.R.Civ.P. 6(e)]
HOME DEPOT #6679; MIRA MESA
16 | MARKETPLACE WEST, LLC; AND DOES
17 | 1 THROUGH 10, Inclusive,
18
19 |         Defendants.
20
21
22 | ///
23 | ///
24 | ///
25 | **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**
26 |     I am employed in the County of San Diego, State of California. I am over the age of 18
27 | and not a party to the within action; my business address is 7851 Mission Center Court, Suite
28 | 310, San Diego, California, 92108.

1   Case Number: 08cv0046 JM (JMA)

1  On this date, I served the following document(s) described as **JOINT RULE 26(f)**
2  **REPORT** on all Defendants in this action:

3  Gregory F. Hurley, Esq.
4  Alana R. Cho, Esq.
   GREENBERG TAURIG, LLP
5  3161 Michelson Drive, Suite 1000
   Irvine, California 92612
6  Telephone: (949) 732-6500
7  Facsimile: (949) 732-6501
   E-mail Address: hurleyg@gtlaw.com; choa@gtlaw.com
8  Attorney For DEFENDANT HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT
   #6679
9

10 Timothy G. McNulty, Esq.
   MILBERG & DE PHILLIPS, P.C.
11 2163 Newcastle Avenue, Suite 200
   Cardiff by the Sea, California 90027
12 Telephone: (760) 943-7103
13 Facsimile: (760) 943-6750
   E-mail Address: tmcnulty@surflaw.net
14 Attorney For DEFENDANT MIRA MESA MARKETPLACE WEST, LLC

15

16    __X__ BY ELECTRONIC SERVICE TRANSMISSION via the United States
17 District Court, Southern Division of California, Case Management/Electronic Case Files, Filing
18 System. I served a copy of the above listed document(s) to the e-mail addresses of the
19 addressee(s) by use of email as identified and maintained therein.
20

21 AND BY:
22

23
      __X__ BY FACSIMILE TRANSMISSION: From FAX No. (619) 858-3646 to the
24 facsimile numbers listed above on the mailing list. The facsimile machine I used complied with
25 Rule 6 (e), and no error was reported by the machine.
26
27
28

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on September 10, 2008, at San Diego, California.

_____
Angela T. Payne