1  GREENBERG TAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  MICHAEL J. CHILLEEN (SBN 210704)
   ALANA R. CHO (SBN 254730)
3  3161 Michelson Drive, Suite 1000
   Irvine, California 92612
4  Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
5  Email: hurleyg@gtlaw.com; chilleenm@gtlaw.com;
   choa@gtlaw.com
6
   Attorneys for Cross-Defendant
7  HOME DEPOT U.S.A., INC.
   d.b.a. THE HOME DEPOT # 6679
8

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. dba THE HOME DEPOT # 6679; MIRA MESA MARKETPLACE WEST, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><hr>MIRA MESA MARKETPLACE WEST, LLC.<br><br>Cross-claimant,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT # 6679 AND ROES 1 THROUGH 30, Inclusive<br><br>Cross-defendants. | CASE NO. 08CV 0046 JM JMA<br><br>**SUBSTITUTION OF ATTORNEYS** |

Substitution of Attorneys

286,301,186v1 072031.012700

Case No. 08 CV 0046 JM JMA

1  Defendant MIRA MESA MARKETPLACE WEST, LLC substitutes in the following attorneys
2  as its new counsel of record in this matter:

3  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
4  MICHAEL J. CHILLEEN (SBN 210704)
   ALANA R. CHO (SBN 254730)
5  3161 Michelson Drive, Suite 1000
   Irvine, California 92612
6  Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
7  Email: hurleyg@gtlaw.com;
   Email: chilleenm@gtlaw.com;
8  Email: choa@gtlaw.com

9  The following law firms will no longer be representing Defendant MIRA MESA
10 MARKETPLACE WEST, LLC in this matter:

11 Timothy G. McNulty
   Milberg and De Phillips, P.C.
12 2163 Newcastle Avenue, Suite 200
   Cardiff, California, 92007
13 Timothy G. McNulty
   E-mail: tmcnulty@surflaw.net
14

15 **I consent to the above substitution of counsel.**

16 Dated: August __, 2008       By: _____
       Sept. 5, 2008
17                                    On behalf of Defendant MIRA MESA
                                      MARKETPLACE WEST, LLC
                                      a Delaware limited liability company
18                                    By its Authorized Agent,
                                      DSB Properties, Inc.

19 **For Milberg and De Phillips, P.C., I consent to the above substitution from this matter.**

20                                    MILBERG AND DE PHILLIPS
21
        Sept. 9
22 Dated: August __, 2008       By: _____
23                                    Timothy G. McNulty
24
25
26
27
28 / / /

---
Substitution of Attorneys                                    Case No. 08 CV 0046 JM JMA
286,301,186v1 072031.012700

1 | **I am duly admitted to practice in this District, and for Greenberg Traurig, I accept the**
2 | **above substitution.**
3 | DATED: August 22, 2008                    GREENBERG TRAURIG, LLP
4 |
5 |                                             By /s/Gregory F. Hurley
  |                                             GREGORY F. HURLEY
6 |                                             MICHAEL J. CHILLEEN
  |                                             ALANA R. CHO
7 |                                             Attorneys for Defendant
  |                                             Home Depot U.S.A., Inc.
8 |                                             E-mail: hurleyg@gtlaw.com; chilleenm@gtlaw.com;
  |                                             choa@gtlaw.com
9 |

2

Substitution of Attorneys

286,301,186v1  072031.012700

Case No. 08 CV 0046 JM JMA

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On September 11, 2008, I served the **SUBSTITUTION OF ATTORNEYS** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Pinnock & Wakefield, APC<br>Theodore A. Pinnock<br>David C. Wakefield<br>Michelle L. Wakefield<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>Email: theodorepinnock@pinnockwakefieldlaw.com;<br>davidwakefield@pinnockwakefieldlaw.com;<br>michellewakefield@pinnockwakefieldlaw.com; | Counsel for Plaintiffs<br><br>OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS, and Diane Cross, as an individual |
| Milberg and De Phillips, P.C.<br>2163 Newcastle Avenue, Suite 200<br>Cardiff, California, 92007<br>Timothy G. McNulty<br>E-mail: tmcnulty@surflaw.net | Counsel for Cross-Defendant and Cross-claimant<br><br>MIRA MESA MARKETPLACE WEST, LLC |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 11, 2008, at Irvine, California.

/s/Alana R. Cho
ALANA R. CHO

---

Substitution of Attorneys

Case No. 08 CV 0046 JM JMA

286,301,186v1  072031.012700

1