1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  MICHAEL J. CHILLEEN (SBN 210704)
   ALANA R. CHO (SBN 254730)
3  3161 Michelson Drive, Suite 1000
   Irvine, California 92612
4  Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
5  Email:  hurleyg@gtlaw.com; chilleenm@gtlaw.com;
   choa@gtlaw.com
6
   Attorneys for Cross-Defendant
7  HOME DEPOT U.S.A., INC.
   d.b.a. THE HOME DEPOT # 6679
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. dba THE HOME DEPOT # 6679; MIRA MESA MARKETPLACE WEST, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  08CV 0046 JM JMA<br><br>**JOINT MOTION TO DISMISS CROSS-COMPLAINT FILED BY MIRA MESA MARKETPLACE WEST, LLC** [Federal Rule of Civil Procedure, Rule 41; Local rule 7.2] |
| MIRA MESA MARKETPLACE WEST, LLC.<br><br>Cross-claimant,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT # 6679 AND ROES 1 THROUGH 30, Inclusive<br><br>Cross-defendants. | |

Joint Motion to Dismiss Mira Mesa's Cross-Complaint

Case No. 08 CV 0046 JM JMA

286,310,124v1  072031.012700

TO THE COURT AND ALL INTERESTED PARTIES:

　　IT IS HEREBY JOINTLY REQUESTED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by Defendant HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT # 6679 ("Home Depot") and Defendant and Cross-Complainant MIRA MESA MARKETPLACE WEST, LLC ("Mira Mesa") that this Court enter a dismissal without prejudice of the Mira Mesa's Cross-Complaint filed against Home Depot in the above-entitled action. The dismissal without prejudice shall dismiss the Cross-Complaint in its entirety.

DATED: September 18, 2008　　　　　　　　**GREENBERG TRAURIG, LLP**

By /s/Alana R. Cho
GREGORY F. HURLEY
MICHAEL J. CHILLEEN
ALANA R. CHO
Attorneys for Defendant
Home Depot U.S.A., Inc.
E-mail: hurleyg@gtlaw.com; chilleenm@gtlaw.com; choa@gtlaw.com

**MILBERG & DE PHILLIPS**

Dated: August __, 2008

By: /s/ Timothy G. McNulty
Timothy G. McNulty, Esq.
Attorney for Defendant MIRA MESA MARKETPLACE WEST, LLC
E-mail: tmcnulty@surflaw.net

---

1

Joint Motion to Dismiss Mira Mesa's Cross-Complaint

Case No. 08 CV 0046 JM JMA

286,310,124v1  072031.012700

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On September 18, 2008, I served the **JOINT MOTION TO DISMISS MIRA MESA'S CROSS-COMPLAINT** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Pinnock & Wakefield, APC<br>Theodore A. Pinnock<br>David C. Wakefield<br>Michelle L. Wakefield<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>Email: theodorepinnock@pinnockwakefieldlaw.com;<br>davidwakefield@pinnockwakefieldlaw.com;<br>michellewakefield@pinnockwakefieldlaw.com; | Counsel for Plaintiffs<br><br>OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS, and Diane Cross, as an individual |
| Milberg and De Phillips, P.C.<br>2163 Newcastle Avenue, Suite 200<br>Cardiff, California, 92007<br>Timothy G. McNulty<br>E-mail: tmcnulty@surfnet.com | Counsel for Cross-Defendant and Cross-claimant<br><br>MIRA MESA MARKETPLACE WEST, LLC |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 18, 2008, at Irvine, California.

　　　　　　　　　　　　　　　　/s/Alana R. Cho
　　　　　　　　　　　　　　　　ALANA R. CHO