UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. dba THE HOME DEPOT # 6679; MIRA MESA MARKETPLACE WEST, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.  08CV 0046 JM JMA<br><br>**ORDER GRANTING MOTION TO DISMISS MIRA MESA MARKETPLACE WEST, LLC'S CROSS-COMPLAINT** |

    Upon the Stipulation of the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court hereby dismisses this action WITHOUT PREJUDICE.  Each side to bear its own costs and fees.

    IT IS SO ORDERED.

Dated: September 19, 2008

_____
Hon. Jeffrey T. Miller
United States District Court Judge