# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>　　　　Plaintiffs,<br>　v.<br><br>HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT #6679; MIRA MESA MARKETPLACE WEST, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>　　　　Defendants. | Case No.: 08cv0046 JM (JMA)<br><br>**Order Granting Plaintiffs' Ex Parte Application to Deem Reply Brief as Timely Filed**<br><br>**[Docket 43]** |

**IT IS HEREBY ORDERED,** pursuant to PLAINTIFFS' EX PARTE APPLICATION, and Good Cause showing therein, PLAINTIFFS' POINTS AND AUTHORITIES IN REPLY TO PLAINTIFFS' MOTION TO AMEND THE FIRST AMENDED COMPLAINT AND DECLARATION OF MICELLE L. WAKEFIELD, ESQ., IN SUPPORT THEREOF [Docket 42] is hereby deemed filed in a timely fashion.

**IT IS SO ORDERED.**

November 12, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　United States District JUDGE

1

Case#: 08cv0046 JM (JMA)
[Proposed] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION