UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, an individual<br><br>                Plaintiff,<br>v.<br><br>HOME DEPOT U.S.A., INC. dba THE HOME DEPOT #6679; MIRA MESA MARKETPLACE WEST, LLC; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 08cv46 JM(JMA)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS CROSS-COMPLAINT FILED BY MIRA MESA MARKETPLACE WEST, LLC [Federal Rule of Civil Procedure, Rule 41; Local Rule 7.2]<br>[Docket No. 59] |

Upon the joint motion of the parties [Docket No. 59] and for good cause shown, the Cross-Complaint filed by Mira Mesa Marketplace West against Home Depot in the above-entitled action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 4, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

1

08cv0046